# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NILSA VIOLETA SANCHEZ, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL ASTRUE, | : | |
| *Commissioner of Social Security*, | : | |
| *Defendant*. | : | No. 10-3570 |

# O R D E R

**AND NOW**, this 13th day of May, 2011, upon consideration of Defendant's unopposed Motion to Remand (Docket No. 8), and the Report & Recommendation of U.S. Magistrate Judge M. Faith Angell (Docket No. 9), it is hereby **ORDERED** that:

**1.** The Report & Recommendation is **APPROVED** and **ADOPTED**;

**2.** The Defendant's Motion to Remand is **GRANTED**, and this matter is remanded to the Defendant for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g).

**3.** Judgment is entered in favor of Plaintiff Nilsa Violeta Sanchez and against Defendant Michael J. Astrue, Commissioner, Social Security Administration.

**4.** The Clerk of Court is directed to mark this case **CLOSED** for statistical purposes.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE